Yale University
New Haven, Connecticut
—
Hiram Bingham

March 9, 1914.

My dear Grosvenor:

The Yale Corporation have approved the plans for the expedition as drawn up in the enclosed statement. I have not yet heard from you in regard to the exact terms of our contract, a draft of which I submitted to you a week ago. It would be advisable to get this contract signed as soon as possible. In the meantime, I should like to have the officers of the National Geographic Society and Yale University send a formal application to the Peruvian Minister, requesting him to secure the approval of his government to this project. I am enclosing a form of letter which might be used if you think best. I should like also to suggest to you personally to see Minister Pezet and get him to cable directly to Lima that the National Geographic Society and Yale University would like to send an exploring expedition to Peru this year, and would like to be assured that it will be received on the usual terms accorded to properly accredited scientific expeditions. It might be wise to wait until he has done this before publishing the plans for the expedition, which are sure to be cabled to Lima by the newspaper correspondents. There is nothing to be gained, so far as I can see, by publishing these plans too soon.

Furthermore, would it not be a good plan to publish the plans in the Magazine, and illustrate them with 25 or 30 pictures from our files, showing the country in which it is proposed to work? Take, for instance, numbers 556; 568; 574; 580; 586; 603; 613; 620; 623; 629; 630; 636; 655; 661; 667; 671; 670; 685; 1533; 1541; 1547; 1550; 1555; 1718; 1720; all of which are in the region where we are going to work. However, this is merely a suggestion, and I am not very keen about it, as I know it means extra work in preparing legends.

<u>The important thing is for you and Mr. Gannett to apply officially to Minister Pezet, to secure the co-operation of his government.</u> Please do so at once.

Faithfully yours,

Gilbert H. Grosvenor, Esq.,
National Geographic Society,
Washington, D.C.