# THE PERUVIAN EXPEDITION OF 1914-15

### UNDER THE AUSPICES OF
## YALE UNIVERSITY AND THE NATIONAL GEOGRAPHIC SOCIETY
#### HIRAM BINGHAM, DIRECTOR

PERMANENT ADDRESS
DRAWER A, YALE STATION
NEW HAVEN, CONN., U.S.A.

FIELD ADDRESS
CARE CES. LOMELLINI & CIA.
CUZCO, PERU

*[handwritten margin: a new Quichua word meaning Yankee-House]*

Yanquihuasi, Ollantaytambo.
May 19, 1915.

My dear Grosvenor,

    We arrived in Cuzco as you know about the 2nd of April. Since then there has been no serious illness, altho one of the engineers falling off the wall of a ruin cut his hand and put it out of business for a week or ten days.

    The work has progressed very favorably, weather conditions have been excellent and the government most friendly. We found that the work done by Erdis and Hardy in preparing for our reception was praiseworthy in several respects. In the first place the people of the country with whom we have to deal are on friendly terms and understand about the objects of the expedition; in the second place we were enabled to save two or three weeks of valuable time by reason of finding mules and native assistants all ready for us, and third place the headquaters house at Ollantaytambo was already for us and has proved most convenient and time-saving. In justice to Mr. Hardy it should be said that the readiness of this house for our occupancy was due almost entirely to his understanding the dificulties to be contended with and to his faithful perseverance in accomplishing what seemed to his friends here in Peru an impossible task.

    Messrs Cook and Gilbert of the Dep't of Agriculture have been here for four weeks and seem to have been very successful in their work. To-morrow they leave for Machu Picchu and vicinity to be gone about a month.

    Mr. Heller left to-day for a month's stay in the mountains near Machu Picchu, making his first camp at the place where we were so fortunate as to see two bears ten days ago. He has been unusually successful in his search for mamals and birds and has secured about 250 specimens of mamals, and 100 birds representing some 50 species, so far. He is particularly pleased with having secured more than 30 specimens of a small rare marsupial heretofore only reported from Colombia. *He has no bears yet.*

    The Topographical Engineers have been spending their time in the Pampacahuayna valley particularly at the ruins in the vicinity of Qquente. They are soon to

# THE PERUVIAN EXPEDITION OF 1914-15

## UNDER THE AUSPICES OF

# YALE UNIVERSITY AND THE NATIONAL GEOGRAPHIC SOCIETY

### HIRAM BINGHAM, DIRECTOR

**PERMANENT ADDRESS**

DRAWER A, YALE STATION
NEW HAVEN, CONN., U.S.A.

**FIELD ADDRESS**

CARE CES. LOMELLINI & CIA.
CUZCO, PERU

Mr. Hardy and I go into a new region which we crossed for the first time a few days ago and where we were able to locate about forty miles of the ancient paved road that connected Machu Picchu with the outside world. In tracing it we found three sites of ruins of which we had heard vague rumours. The names of these as given us are Runcuraccay, Cedrobamba, and Ccorihuayrachina. They are most picturesquely located and we got some splendid panorama views of this hitherto unexplored region. The old road was really a splendid piece of engineering and followed contours like a modern electric railway, crossing swamps, skirting precipices, and penetrating the forest. In a few places it became a long flight of stone steps really. It has been destroyed by landslides where it nears Machu Picchu but we were able to follow it to within a couple of miles of Machu Picchu mountain.

The puzzle of the ancient civilizations and their sequence is as great as ever, but we have been able to tie up a number of hitherto disconnected ruin sites.

I find myself wondering how you are going to use the panoramic views, of which we have some splendid ones measuring about 5x36 inches. The Cirkit cameras have given us a great deal of trouble but we have nevertheless succeeded in getting a few splendid panoramas from mountain tops.

The work of collecting archeological evidence has gone steadily forward and we have been so fortunate as to get a few mummies, quite a number of skulls and several boxes of sherds from various localities. Messrs Erdis and Hasbrouck who are in charge of this work are going next week to the vicinity of Vitcos, the last Inca capital, there to spend from six weeks to two months in hunting for this kind of evidence, especially sherds and artifacts.

If you will look at the Field Map prepared for this year's expedition you will see several trails marked with question-marks south and west of Machu Picchu. The ones to the south we have already worked out. Next week I am expecting to start with Mr. Hardy for the vicinity of Mt. Salcantay and from there west to Arma and Yanama hoping to cross the reported trail between Puquiura and Huadquina. It is most of it an unexplored region. I hope to find two or three new ruins on these ancient trails and possibly may be able to locate the route by which the monks went from Puquiura to Machu Picchu, if, as I think, that was Vilcabamba the old, in 1560.

scientific commission, a detailed inventory of all artifacts, which will be taken to the city of Cuzco for such purpose. That inventory will be sent to the General Direction of Public Instruction. ---3.- All artifacts extracted by the concessionaries by virtue of this authorization, or extracted before this date, can be taken out through the Mollendo customs after being inventoried, according to the preceding article and only bound for the above-mentioned University and the Geographic Society. The artifacts which are currently in Mollendo will also be inventoried by the Deputy Prefect, the Customs administrator of that port and the Geologist of the exploring scientific commission who will be in charge of opening of the packages and secure the conditioning of the artifacts. ---4. The Government of Peru reserves its right to request the University of Yale and the National Geographic Society of United States of America the devolution of single artifacts and the duplicated ones that might be extracted and have been extracted, referred to in art. 1 of Supreme Decree of August 19, 1911, as well as all copies of all research papers and reports regarding the explorations practiced in the national territory, to declare them official if considered appropriate, with the previous opinion of the Historical Institute of Peru. ---5. All expenses incurred by the explorations and publications will be borne by the concessionaire, without any responsibility of the Government or its officials. The expenses of the special Commissioner will be borne by the Government. Register and communicate. Signature of S.E. Moreyra."

I transcribe it to you for your information and other purposes you may deem convenient.
God be with you
[Signature]
Villanueva

# THE PERUVIAN EXPEDITION OF 1914–15

### UNDER THE AUSPICES OF

## YALE UNIVERSITY AND THE NATIONAL GEOGRAPHIC SOCIETY

HIRAM BINGHAM, DIRECTOR

**PERMANENT ADDRESS**

DRAWER A, YALE STATION
NEW HAVEN, CONN., U.S.A.

**FIELD ADDRESS**

CARE CES. LOMELLINI & CIA.
CUZCO, PERU

On account of establishing the Headquaters at Ollantaytambo, and the necessity of providing work rooms for Messrs Cook, Gilbert, and Heller, not to mention the necessity of buying twenty extra mules, the preliminary expenses have been unusually heavy. It also seemed best, not only to purchase round trip tickets, but also to bring a considerable amount of cash with us, owing to the great dificulty of securing specie in Lima. On account of these various causes we have had to use more money than usual at the very commencement of the work and I trust that it will be convenient for you to send another five thousand dollars ($5.000) to the Yale Treasurer, the same being on account of the extra allowance made for the Botanists and Naturalist.

I hope that we shall be able to dispose of our mules at a fairly reasonable price at the end of the season but the war has affected the conditions here very adversely, and there seems to be little prospect of any mining or engineering company being in the field for mules this year. You may remember that we were very fortunate in 1912 in disposing of our entire pack train to the Dupont Co. who were then prospecting in So. Peru. I am sorry to have to ask for this advance at this time but I hope it will not inconvenience you.

We have added another member to our staff since reaching here and have appointed Mr. Geoffrey Morkill as Assistant in charge of the Quater-Master's department. He will be stationed here at Ollantaytambo.

We are certainly saving a great deal of time by not having to go to Cuzco for supplies. The elevation here is about 9.000 feet, the situation is healthful, it has turned out to be an excellent central point for the Botanists and the Zoologist, it is surrounded by most interesting ruins and is within a two day's ride of the finest ruins in Peru., including Sacsahuaman, Cuzco, Pisac, and Machu Picchu, not to mention the ruins of the fortress of Ollantaytambo itself which have been celebrated for many years.

With kind regards, beleive me to remain,

Faithfully yours,

Hiram Bingham

Director.

P.S. We have none of us received any copies of the February