Ministerio de Instrucción

Dirección General

N°17848.

Lima, 31 de octubre de 1912.

Señor Dr. Dn. Hiran Bingham

Lima

En la fecha se ha expedido por este Despacho la siguiente resolución suprema:

"Vista la solicitud del Dr.Dn.Hiram Bingham,Comisonado de la Universidad de Yale y de la Sociedad Geográfica Nacional de los Estados Unidos de Norte América,en que pide permiso para practicar exploraciones y excavaciones en busca de objetos arqueológicos y osteológicos en el territorio nacional y para llevar,con destino exclusivo á esas instituciones,los que obtenga como resultado de sus reconocimientos;---Vistos los informes del Instituto Histórico del Perú y de la Dirección General de Instrucción Pública;---CONSIDERANDO:---Que las exploraciones y excavaciones practicadas hasta la fecha por el Dr.Hiram Bingham,Comisionado de las referidas instituciones,no se han sujeto extrictamente á lo que preceptúan los art°s. 5° y 6° del supremo decreto de 27 de abril de 1893;---Que conforme al art° 1° del supremo decreto de de 19 de agosto de 1911,el Supremo Gobierno puede conceder los objetos duplicados que se extraigan de las excavaciones,siempre que su consesión se haga á corporaciones científicas oficiales,carácter que envisten las instituciones peticionarias;---Que, si bien es cierto que el art° 4° de la segunda de las disposiciones citadas, prohibe sacar fuera del país objetos de valor arqueológico,se entiende que esa disposición tiene en mira evitar que se especule comercialmente con ellos;---Que un deber de etiqueta

internacional y deferencia á las instituciónes citadas, induce a Gobierno á acceder, por excepción y por esta única vez, á lo que solicitan las peticionarias con el fin de realizar estudios cie tíficos, llamados á ser de utilidad positiva para la historia de Perú;----SE RESUELVE:---Autorizar al Dr. Hiram Bingham, para que en representación de la Universidad de Yale y de la Sociedad Ge gráfica Nacional de los Estados Unidos de Norte América, contin practicando las exploraciones y excavaciones que tiene iniciada en terrenos sin dueño ó fiscales del Departamento del Cuzco, sie pre que, como consecuencia de ellas, no sufran, se destruyan ó mut len, en lo mas mínimo, los monumentos ó construcciones de las épo cas incaica ó colonial que en dichos terrenos se encuentran y co arreglo á las condiciones siguientes:---1°.-Este permiso caduca el 1° de diciembre próximo; y despúes de esta fecha, queda prohib da toda exploración ó excavación; debiendo vigilar las autoridade el cumplimiento de esta disposición.---2°.-Las exploraciones y excavaciones se verificarán bajo la ~~vigilancia~~ inspeccion del Comisionado del Supremo Gobierno, Dr. Dn. José Gabriel Cosio, quien formará, en presencia del Prefecto del Cuzco y del Geólogo de la Comisión científica exploradora, un inventario detallado de todos los obj tos, que para tal fin serán llevados á la ciudad del Cuzco.-Dich inventario se remitirá á la Dirección General de Instrucción Pú- blica.---3°.-Todos los objetos que los concesionarios extraigan en virtud de esta autorización, ó hayan extraido antes de esta f cha, puedan remitirse por la Aduana de Mollendo, despúes de inven- tariados, conforme á lo dispuesto en el art° anterior, y sólo con destino á la Universidad y Sociedad Geográfica referidas.-Los ol jetos que actualmente se encuentran en Mollendo serán inventaria dos, tambien, por el Subprefecto, el Administrador de la Aduana de ese Puerto y el Geólogo de la Comisión científica exploradora



Ministerio de Instrucción
Dirección General

//.

quien cuidará de abrir los bultos y acondicionar dichos objetos.- 4°.-El Gobierno del Perú se reserva el derecho de exigir de la Universidad de Yale y de la Sociedad Geográfica Nacional de los Estados Unidos de Norte América, la devolución de los objetos únicos y de los duplicados que se extraigan y hayan extraido, á los que se refiere el artº 1º del supremo decreto de 19 de agosto de 1911, ya citado; así como copia de todos los estudios é informes relativos á las exploraciones que se hayan practicado en el territorio nacional, para declararlos oficiales, si lo creyera oportuno, previo dictámen del Instituto Histórico del Perú.---5°.-Todos los gastos que originen las exploraciones y publicaciones correrán por cuenta de los consesionarios, sin responsabilidad alguna para el Gobierno, ni para los funcionarios que de él dependen.-Los gastos del Comisionado especial del Gobierno serán de cuenta de éste.---Regístrese y comuníquese.---Rúbrica de S.E.---Moreyra."

Lo trascribo á U. para su conocimiento y demás fines.

Dios guarde á U.

[signature]

Villanueva.

## Dirección General de Justicia

### SECCION DE CULTO Y BENEFICENCIA

Lima, 21 de setiembre de 1912.

Hallándose vacante la capellanía del Convento Supreso de San Francisco de Paula el viejo;

Nómbrase capellán de dicho Convento al presbítero don José Antonio Villón.

Regístrese, comuníquese y publíquese.

Rúbrica de S. E.

*Ganeza.*

---

Lima, 28 de octubre de 1912.

Concédese á la Sociedad de Beneficencia Pública de Cajamarca, cien libras peruanas (Lp. 100.0.00) en libramientos especiales para el pago de derechos de Aduana.

Aplíquese el gasto á la partida No. 23 del pliego extraordinario de Justicia del Presupuesto General vigente.

Regístrese, comuníquese y publíquese.

Rúbrica de S. E.

*Moreira y Riglos.*

INSTITUTO NACIONAL DE CULTURA

---

## Dirección General de Instrucción

Lima, 31 de octubre de 1912.

Vista la solicitud del doctor don Hiram Bingham, comisionado de la Universidad de Yale y de la Sociedad Geográfica Nacional de los Estados Unidos de Norte América, en que pide permiso para practicar exploraciones y excavaciones en busca de objetos arqueológicos y osteológicos en el territorio nacional y para llevar, con destino exclusivo á aquellas instituciones, los que obtenga como resultado de sus reconocimientos;

Vistos los informes del Instituto Histórico del Perú y de la Dirección General de Instrucción Pública;

Considerando:

Que las exploraciones y excavaciones practicadas hasta la fecha por el doctor Hiram Bigham, comisionado de las referidas instituciones, no se han sujetado estrictamente á lo que preceptúan los artículos 5o. y 6o. del supremo decreto de 7 de abril de 1893;

Que conforme al artículo 1o. del supremo decreto de 19 de agosto de 1911, el Supremo Gobierno puede conceder los objetos duplicados que se extraigan de las excavaciones, siempre que su concesión se haga á corporaciones científicas oficiales, carácter que invisten las instituciones peticionarias;

Que, si bien es cierto que el artículo 4o. de la segunda de las disposiciones citadas, prohibe sacar fuera del país objetos de valor arqueológico, se entiende que esa disposición tiene en mira evitar que se especule comercialmente con ellos;

Que un deber de etiqueta internacional y deferencia á las instituciones citadas, induce al Gobierno á acceder, por excepción y por esta única vez, á lo que solicitan las peticionarias con el fin de realizar estudios científicos, llamados á ser de utilidad positiva para la historia del Perú;

Se resuelve:

Autorizar al doctor Hiram Bigham, para que en representación de la Universidad de Yale y de la Sociedad Geográfica Nacional de los Estados Unidos de Norte América, continúe practicando las exploraciones y excavaciones que tiene iniciadas en terrenos sin dueño ó fiscales del departamento del Cuzco, siempre que, como consecuencia de ellas, no sufran, se destruyan ó mutilen, en lo más mínimo, los monumentos ó construcciones de las épocas incaica ó colonial que en dichos terrenos se encuentran; y con arreglo á las condiciones siguientes:

1o.—Este permiso caducará el 1o de diciembre próximo; y, después de esta fecha, queda prohibida toda exploración y excavación; debiendo vigilar las autoridades el cumplimiento de esta disposición.

2o.—Las exploraciones y excavaciones se verificarán bajo la inspección del comisionado del Supremo Gobierno, doctor don José Gabriel Cosio, quien formará, en presencia del Prefecto del Cuzco y del geólogo de la comisión científica exploradora, un inventario detallado de todos los objetos, que para tal fin serán llevados á la ciudad del Cuzco. Dicho inventario se remitirá á la Dirección General de Instrucción Pública.

3o—Todos los objetos que los concesionarios extraigan en virtud de esta autorización, ó hayan extraído antes de esta fecha, pueden remitirse por la Aduana de Mollendo, después de inventariados, conforme á lo dispuesto en el artículo anterior, y sólo con destino á la Universidad y Sociedad referidas. Los objetos que actualmente se encuentran en Mollendo serán inventariados, también, por el Subprefecto, el Administrador de ese puerto y el Geólogo de la Comisión científica exploradora, quien cuidará de abrir los bultos y acondicionar dichos objetos.

4o.—El Gobierno del Perú se reserva el derecho de exigir de la Universidad de Yale y de la Sociedad Geográfica Nacional de los Estados Unidos de Norte América, la devolución de los objetos únicos y la de los duplicados que se extraigan y hayan extraído, á los que se refiere el artículo 1o. del supremo decreto de 19 de agosto de 1911, ya citado; así como copia de todos los estudios ó informes relativos á las exploraciones que se hayan practicado en el territorio nacional, para declararlos oficiales; si lo creyera oportuno, previo dictamen del Instituto Histórico del Perú.

5o.—Todos los gastos que originen las exploraciones y publicaciones correrán por cuenta de los concesionarios, sin responsabilidad alguna para el Gobierno, ni para los funcionarios que de él dependen. Los gastos del comisionado especial del Gobierno serán de cuenta de éste.

Regístrese y comuníquese.

Rúbrica de S. E.

*Moreira y Riglos.*

## Ministerio de Hacienda y Comercio

### Dirección de Administración

Lima, 29 de octubre de 1912.

Nómbrase amanuense de la Tesorería Fiscal de Moquegua, á don Amaro Alayza en lugar de don Higinio Baluarte.

Comuníquese y regístrese.

Rúbrica de S. E.

*Maldonado.*

dep
ptos
15 d
que
Corl
ción
Naci
651
Esp
últi
serí
nido
ron,
cuen
recib
109
nes;
desli
quir
Dire
do d
gast
por
Mini
mán
co A
hast
próx

INSTITUTO NACIONAL DE CULTURA
Centro de Información Cultural

Ministry of Instruction
General Directorate
N° 17848

Lima, October 31, 1912

Dr. Hiram Bingham

The following Supreme Resolution has been issued today:

"Regarding the request of Dr. Hiram Bingham, Commissioner of the University of Yale and the National Geographic of the United States of America, who has asked for permission to practice explorations and excavations in search of archaeological and ethnological artifacts in the national territory and to take, with exclusive destination to the above-mentioned institutions, those objects which might be obtained as a result of his work; ---Taking into consideration the reports of the Historical Institute of Peru and the General Directorate of Public Instruction;--- INASMUCH as the explorations and excavations practiced to date by Dr. Hiram Bingham, Commissioner of the above-mentioned institutions, are not strictly subjected to articles 5 and 6 of the Supreme Decree of April, 27, 1893;---According to art. 1 of the Supreme Decree of August, 19, 1911, the Supreme Government is entitled to allow the extraction of duplicate artifacts from the excavations as long as their concessions are awarded to official scientific institutions, which is the case of the requesting institutions; ---Even though it is true that art. 4 of the second-mentioned provision bans the export of artifacts of archaeological value, it is understood that such provision is intended to prevent commercialization of these objects; ---As an standard international practice of protocol and as concession to the mentioned institutions the Government accepts, as an exception and for this time only, to what the requesting institutions are asking, i.e., to perform scientific research which shall benefit the history of Peru; WE AGREED TO:--- Authorize Dr. Hiram Bingham, on behalf of the University of Yale and the National Geographic Society of the United States of America, to continue practicing explorations and excavations in lands without owner or government land in the Department of Cuzco, provided that the monuments or constructions from the Inca or colonial periods in such lands do not suffer or be destroyed, in the least, as a result of such work. They should also abide by the following conditions: ---1.-This permission will expire on next December 1, and from that date, all exploration or excavation is prohibited; pertinent authorities must supervise the execution of this proviso. ---2.- The explorations and excavations will be verified by under the authority of the Commissioner of the Supreme Government, Dr. Jose Gabriel Cosio, who will make, in presence of the Prefect of Cuzco and the Geologist of the exploring

scientific commission, a detailed inventory of all artifacts, which will be taken to the city of Cuzco for such purpose. That inventory will be sent to the General Direction of Public Instruction. ---3.- All artifacts extracted by the concessionaries by virtue of this authorization, or extracted before this date, can be taken out through the Mollendo customs after being inventoried, according to the preceding article and only bound for the above-mentioned University and the Geographic Society. The artifacts which are currently in Mollendo will also be inventoried by the Deputy Prefect, the Customs administrator of that port and the Geologist of the exploring scientific commission who will be in charge of opening of the packages and secure the conditioning of the artifacts. ---4. The Government of Peru reserves its right to request the University of Yale and the National Geographic Society of United States of America the devolution of single artifacts and the duplicated ones that might be extracted and have been extracted, referred to in art. 1 of Supreme Decree of August 19, 1911, as well as all copies of all research papers and reports regarding the explorations practiced in the national territory, to declare them official if considered appropriate, with the previous opinion of the Historical Institute of Peru. ---5. All expenses incurred by the explorations and publications will be borne by the concessionaire, without any responsibility of the Government or its officials. The expenses of the special Commissioner will be borne by the Government. Register and communicate. Signature of S.E. Moreyra."

I transcribe it to you for your information and other purposes you may deem convenient.
God be with you
[Signature]
Villanueva