colar No. 712, de la Ciudad de [...]
da Concepción Rivero.
Regístrese y comuníquese.
                                        Valera.

---

**Gasto autorizado**
Lima, 25 de enero de 1916.
Visto el telegrama en que el Prefecto del Departamento de Ayacucho, pide que se autorice el gasto de un sol (Lp.0.1.00) importe del aviso convocando postulantes a las becas que se encuentran disponibles en la Escuela Normal de Preceptores de esta Capital;
Se resuelve:
Que la Tesorería Fiscal del referido Departamento pague la expresada suma de un sol (Lp. 0.1.00), con cargo a las partidas Nos. 3432 del Presupuesto General y 18 del Pliego de Gastos Generales del Administrativo del Ramo.
Regístrese y comuníquese.
                                        Valera.

---

**Becas vacantes**
Lima, 26 de enero de 1916.
Visto el oficio que antecede;
Se resuelve:
Declarar vacantes por abandono las que en el Colegio Nacional de San Luis de Ica ocupaba don Oscar Medina y don [...] Segura.
Regístrese y comuníquese.

---

**Preceptor**
Lima, 26 de enero de 1916.
Nómbrase Preceptor Principal de la Sección Primaria del Colegio Nacional de San Juan de Chota, a don Delfín Vigil, en lugar de don Teodoro Gavidia.
Regístrese y comuníquese.
                                        Valera.

---

**Licencia prorrogada**
Lima, 26 de enero de 1916.
Vista la solicitud en que la Preceptora de la Escuela No. 4363, de Huaycán Bajo, de esta Provincia doña Magdalena Maguiña, pide que se le prorrogue por dos meses más, sin goce de sueldo, la licencia que se le ha concedido, alegando que continúa enferma;
Se resuelve:
Acceder a esta petición; debiendo continuar reemplazando a la indicada maestra la diplomada doña Palmira Pacora y Romero.
Regístrese y comuníquese.
                                        Valera.

---

**Concesión de beca**
Lima, 26 de enero de 1916.
Vista la anterior solicitud;
Habiéndose comprobado que don Juan Gerardo Weston, reúne los requisitos reglamentarios;
Se resuelve:
Conceder a dicho menor la beca No. 62 de Interno que se encuentra vacante en el Colegio Nacional de Guadalupe.
Regístrese y comuníquese.
                                        Valera.

---

Regístrese y comuníquese.

---

**Cancelación de una cuenta**
Lima, 27 de enero de 1916.
Vista la cuenta presentada por la casa C. [...] Co., por Lp. 23.2.45, importe de un juego de [...], diez mil sobres timbrados, y varios [...] de escritorio, para uso de la Mesa de Partes y Archivo de la Dirección General de Instrucción;
Se resuelve:
Girar a favor de la mencionada casa por la suma de veintitrés libras peruanas, dos soles cuarenticinco centavos (Lp. 23.2.45) importe de la referida cuenta; aplicándose el egreso a la partida No. [...] del Presupuesto General de la República, y a la No. [...] del Administrativo del Ramo.
Regístrese, comuníquese y pásese para su cumplimiento a la Contaduría de este Ministerio.
                                        Valera.

---

**Permuta**
Lima, 27 de enero de 1916.
Estando a lo acordado;
Se resuelve:
Trasladar al Preceptor Principal de la Escuela No. 304, de Piscobamba, de la Provincia de Pomabamba, don Enrique D. Llanos, a la No. 3008, de Parobamba, de la misma Provincia, en reemplazo de don Leopoldo Eguzquiza [...] para el puesto que deja aquél.
Regístrese y comuníquese.
                                        Valera.

---

**Exportación de objetos arqueológicos**
Lima, 27 de enero de 1916.
Vista la solicitud de don Elwood C. Erdis, Sub-director de la Expedición científica, presidida por el doctor Hiram Bingham y organizada bajo los auspicios de la Universidad de Yale y de la National Geographic Society de Nueva York, en que pide autorización para exportar, con destino a las expresadas Instituciones, setenta y cuatro cajones que contienen objetos arqueológicos extraídos del Departamento del Cuzco en los años de 1914 y 1915.
Vistos los informes del Director del Museo de Historia Nacional;
Se resuelve:
1o.—Autorizar a don Elwood C. Erdis para que, con destino a las Instituciones científicas a que se ha hecho referencia, exporte por el Callao los setenta y cuatro cajones, que actualmente se encuentran en uno de los depósitos del Museo;
2o.—La Universidad de Yale y la National Geographic Society quedan obligadas a devolver en el plazo de diez y ocho meses, contados desde la fecha, los objetos cuya exportación se permite; debiendo remitirse también, al Ministerio de Instrucción los estudios que respecto de ellos se hubieren practicado, así como las fotografías que con motivo de dichos estudios se tomaren.
Regístrese y comuníquese.
Rúbrica de S.E.
                                        Valera.

---

**Matrícula autorizada**
Lima, 29 de enero de 1916.
Vistas las solicitudes que preceden y los documentos que se acompañan:

Dirección General
de
Instrucción Pública

31.

Lima, 27 de enero de 1916.

Vista la solicitud de D. Elwood C. Erdis, sub-director de la Expedición científica, presidida por el Dr. Hiram Bingham y organizada bajo los auspicios de la Universidad de Yale y de la National Geographic Society de Nueva York, en que pide autorización para exportar, con destino a las expresadas Instituciones, setenta y cuatro cajones que contienen objetos arqueológicos extraídos del Departamento del Cuzco en los años de 1914 y 1915;

Vistos los informes del Director del Museo de Historia Nacional;

Se resuelve:

1°.- Autorizar a don Elwood C. Erdis para que, con destino a las Instituciones científicas a que se ha hecho referencia, exporte por el Callao los setenta y cuatro cajones, que actualmente se encuentran en uno de los depósitos del Museo;

2°.- La Universidad de Yale y la National Geographic Society quedan obligadas a devolver en el plazo de diez y ocho meses, contados desde la fecha, los objetos cuya exportación se permite; debiendo remitirse también, al Ministerio de Instrucción los estudios que respecto de ellos se hubieren practicado, así como las fotografías que con motivo de dichos estudios se tomaren.

Regístrese y comuníquese. — Rúbrica

de S.E. — Valera.

SSP.

General Directorate of Public Instruction
N° 763

Lima, January 27, 1916

Mr. Elwood C. Erdis

The following Supreme Resolution N 31 has been issued today:

"Regarding the request of Mr. Elwood C. Ardis, Deputy Director of the American Scientific Expedition, presided by Dr. Hiram Bingham and organized under the auspices of the University of Yale and the National Geographic Society of New York, which have asked for authorization to export, with destination to the above-mentioned institutions, 74 boxes containing archaeological artifacts extracted from the Department of Cuzco between 1914 and 1915; ---Taking into consideration the reports of the Director of the Museum of National History; ---IT IS AGREED: ---1. Authorize Mr. Elwood C. Erdis to export by the Port of Callao, 74 boxes, currently stored at the warehouses of the Museum, which are bound for the above-mentioned scientific institutions; ---2. The University of Yale and the National Geographic Society pledge to return, in the term of eighteen months from today, the artifacts whose export has been authorized. They should also send to the Ministry of Instruction all studies performed on them and the photographs taken in regard to the investigations carried out of such artifacts. Signature S.E.- VALERA".

I transcribe this to you for your knowledge and other purposes you may deem convenient.

God be with you
[Signature]
Villanueva

1