THE PERUVIAN EXPEDITION OF 1914-15

UNDER THE AUSPICES OF

YALE UNIVERSITY AND THE NATIONAL GEOGRAPHIC SOCIETY

HIRAM BINGHAM,
DIRECTOR

DRAWER A, YALE STATION, NEW HAVEN, CONNECTICUT
November 1, 1920.

Dear Bert:-

I am returning herewith the letter from the Peruvian Consul General in New York and would suggest that you reply regretting that the war interfered with the studies which were being made of the material brought from Peru, and has greatly delayed the preparation of reports relative to the investigations.

I saw the Peruvian Minister, as you will remember, a year ago last February and he promised to see what he could do towards getting a postponement of the return of these articles. He never let me know the result of his inquiries. Not long after that there was a change of government and our old friend, Pezet, was sent back to Washington as Ambassador. I wonder whether he is in Washington now, and if so why this letter came thru the Consul General and not thru the Ambassador.

Professor MacCurdy has been at work on the material which we brought up and will in the course of time be able to publish a report on it. His work, however, was greatly delayed by two unforeseen circumstances. First the war, which thru the Red Cross caused a requisition of University space formerly used for the Peruvian material. And second, the destruction of our museum to make way for new buildings and delays in constructing a new museum where these studies could properly be carried on.

Most of the material consists of broken potsherds of no value to the museum in Lima, and of skeletal remains that will be of very small value to them. There was practically no decorative pottery nor any interesting exhibition material in all the boxes referred to in the Consul General's letter, viz., the results of the 1915 Expedition. However in order to procure it for study we had to promise to send it back as you authorized me to do when the matter came up for discussion in December 1915.

I suppose we shall have to raise some more money to ship the material back to Peru. I wish there were some other way out of it. I do not think any of the people down there realize how valueless the material is from their point of view. They want something that will make a show in their museum in Lima, and with the exception of a few trepanned skulls, there is nothing here that they will not be disappointed in. In fact when they see the material they will probably accuse us of having sent them a lot of rubbish instead of the original material.

COPIED FROM
NATIONAL GEOGRAPHIC
SOCIETY ARCHIVES

Gilbert Grosvenor, Esq.          -2-          November 1, 1920.

It will be a long time before Professor MacCurdy finishes his work on the material. In the meantime I would suggest that you see Ambassador Pezet and tell him that we will do all we can to meet our obligations.

Faithfully yours,

Hiram Bingham

P.S. George Day, Treasurer of the University, has received a similar letter, I find. I will try to find out what he has done about it and let you know.

Copy of his letter is enclosed.

Gilbert Grosvenor, Esq.,
National Geographic Society,
Washington, D.C.

COPIED FROM
NATIONAL GEOGRAPHIC
SOCIETY ARCHIVES