## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REPUBLIC OF PERU**<br>　Jiron Lampa 545<br>　Cercado de Lima<br>　Lima 1, Perú<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**YALE UNIVERSITY**<br>　2 Whitney Avenue, 6th Floor<br>　New Haven, Connecticut  06520<br><br>　　　　　　　Defendant. | Civil Action No. 1:08-cv-2109<br>Judge Henry H. Kennedy |

### MOTION FOR ADMISSION PRO HAC VICE
### OF CRISTINA E. ANTELO

Plaintiff in the above-captioned matter files this motion pursuant to Rule 83.2 of the Rules of the United States District Court for the District of Columbia for the *pro hac vice* admission of Cristina E. Antelo and in support thereof states as follows:

1.　Cristina E. Antelo is associated with the law firm of DLA Piper LLP (US).  Ms. Antelo's office is located at 500 Eighth Street, NW, Washington, D.C., and her telephone number is (202) 799-4000.  *See* Exhibit A.

2.　Ms. Antelo is a member in good standing of the Bar of the District of Columbia. Ms. Antelo has not been denied admission, nor has she been disciplined by any Court.  *See* Exhibit A.

3.　Plaintiff has retained DLA Piper LLP (US) and requested that Cristina E. Antelo represent it in this matter.  *See* Exhibit A.

4. Cristina E. Antelo has not been admitted *pro hac vice* in this Court within the last two years. *See* Exhibit A.

5. Plaintiff respectfully requests that this motion be granted so that Ms. Antelo may attend and participate in all matters on behalf of Plaintiff and otherwise engage in pre-trial, trial and post-trial proceedings in connection with this litigation.

6. This motion is made by William P. Cook, who is a member in good standing of this Bar.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order granting its motion and admitting Ms. Antelo *pro hac vice* for the purpose of representing Plaintiff in this matter.

Respectfully submitted,

*/s/* William P. Cook
William P. Cook
District of Columbia Bar No.: 465006

DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, D.C. 20004
Tel: (202) 799-4000
Fax: (202) 799-5000

Attorneys for the Republic of Peru

December 17, 2008