# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REPUBLIC OF PERU**<br>  Jiron Lampa 545<br>  Cercado de Lima<br>  Lima 1, Perú<br><br>                    Plaintiff,<br><br>        v.<br><br>**YALE UNIVERSITY**<br>  2 Whitney Avenue, 6th Floor<br>  New Haven, Connecticut  06520<br><br>                    Defendant. | Civil Action No. 1:08-cv-2109<br>Judge Henry H. Kennedy |

## MOTION FOR ADMISSION PRO HAC VICE
## OF CHRISTINA E. PONIG

Plaintiff in the above captioned matter files this motion pursuant to Rule 83.2 of the Rules of the United States District Court for the District of Columbia for the *pro hac vice* admission of Christina E. Ponig and in support thereof states as follows:

1.      Christina E. Ponig is associated with the law firm of DLA Piper US LLP.  Ms. Ponig's office is located at 600 Travis Avenue, Suite 1700, Houston, Texas, and her telephone number is (713) 425-8400.  *See* Exhibit A.

2.      Ms. Ponig is a member in good standing of the Bar of the State of Texas.  Ms. Ponig has not been denied admission nor has she been disciplined by any Court.  *See* Exhibit A.

3.      Plaintiff has retained DLA Piper US LLP and requested that Christina E. Ponig represent it in this matter.  *See* Exhibit A.

4.      Christina E. Ponig has not been admitted *pro hac vice* in this Court within the last two years.  *See* Exhibit A.

5. Plaintiff respectfully requests that this motion be granted so that Ms. Ponig may attend and participate in all matters on behalf of Plaintiff and otherwise engage in pre-trial, trial and post-trial proceedings in connection with this litigation.

6. This motion is made by William P. Cook, who is a member in good standing of this Bar.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order granting its motion and admitting Ms. Ponig *pro hac vice* for the purpose of representing Plaintiff in this matter.

Respectfully submitted,

*/s/* William P. Cook
William P. Cook
District of Columbia Bar No.: 465006

DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, D.C. 20004
Tel: (202) 799-4000
Fax: (202) 799-5000

Attorneys for the Republic of Peru

December 17, 2008