UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPUBLIC OF PERU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:08-cv-02109 (HHK) |
| v. ) | |
| ) | |
| YALE UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of Jeffrey R. Babbin as counsel in this case for: Defendant, Yale University.

Date:  January 20, 2009

 /s/Jeffrey R. Babbin
Jeffrey R. Babbin
(D.C. Bar No. 384557)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 (fax)
jbabbin@wiggin.com

Attorneys for Yale University

490\188\2163515.1

Dockets.Justia.com