UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPUBLIC OF PERU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:08-cv-02109 (HHK) |
| v. ) | |
| ) | |
| YALE UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## CORPORATE DISCLOSURE CERTIFICATE
## UNDER LOCAL CIVIL RULE 7.1

I, the undersigned, counsel for defendant Yale University, certify that to the best of my knowledge and belief, Yale University is a nonprofit, non-stock, specially chartered corporation, which has no parent corporation, subsidiaries or affiliates with outstanding securities in the hands of the public.

These representations are made in order that the judges of this court may determine the need for recusal.

Date:  January 20, 2009

/s/Jeffrey R. Babbin
Jeffrey R. Babbin
(D.C. Bar No. 384557)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 (fax)
jbabbin@wiggin.com

Attorneys for Yale University

490\188\2163537.2