UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPUBLIC OF PERU, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>YALE UNIVERSITY, )<br>)<br>Defendant. ) | Case No. 1:08-cv-02109 (HHK) |

**DEFENDANT, YALE UNIVERSITY'S UNOPPOSED
MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant, Yale University respectfully moves for an extension of time of thirty (30) days, up to and including March 9, 2009, to answer or otherwise respond to Plaintiff's Original Complaint. In support of this motion, Yale University states the following:

1. Yale University was served with process on January 16, 2009. Its response to the complaint is therefore due on February 5, 2009.

2. Yale University needs additional time to investigate the allegations in the complaint in order to adequately respond.

3. This is Yale University's first motion for extension of time.

4. Plaintiff consents to this motion.

WHEREFORE, for the foregoing reasons, Defendant, Yale University, with consent of the Plaintiff, respectfully requests that this Motion for Extension of Time be granted.

Respectfully submitted,

Date: January 22, 2009

/s/Jeffrey R. Babbin
Jeffrey R. Babbin
(D.C. Bar No. 384557)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 (fax)
jbabbin@wiggin.com

Attorneys for Yale University