IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FALEN GHEREBI, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 04-CV-1164 (RBW) |
| BARACK OBAMA, President of the United States, *et al.,* | ) |
| Respondents. | ) |
| TAJ MOHAMMAD, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 05-CV-879 (RBW) |
| BARACK OBAMA, President of the United States, *et al.,* | ) |
| Respondents. | ) |
| KARIM BOSTAN, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 05-CV-883 (RBW) |
| BARACK OBAMA, President of the United States, *et al.,* | ) |
| Respondents. | ) |

|  |  |  |
|---|---|---|
| NASRULLAH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-891 (RBW) |
| | ) | |
| BARACK OBAMA, | ) | |
| President of the United States, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

|  |  |  |
|---|---|---|
| ASIM BEN THABIT AL-KHALAQI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-999 (RBW) |
| | ) | |
| BARACK OBAMA, | ) | |
| President of the United States, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

|  |  |  |
|---|---|---|
| MOHAMMED AMON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-1493 (RBW) |
| | ) | |
| BARACK OBAMA, | ) | |
| President of the United States, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

|                                           |   |                                     |
|-------------------------------------------|---|-------------------------------------|
| ABDULLAH M. AL-SOPAI EX REL.              ) |   |                                     |
| ABDALAHADI M. AL-SOPAI                    ) |   |                                     |
|                                           ) |   |                                     |
| Petitioner,                               ) |   |                                     |
|                                           ) |   |                                     |
| v.                                        ) |   | Civil Action No. 05-CV-1667 (RBW)   |
|                                           ) |   |                                     |
| BARACK OBAMA,                             ) |   |                                     |
| President of the United States, *et al.,* ) |   |                                     |
|                                           ) |   |                                     |
| Respondents.                              ) |   |                                     |

|                                           |   |                                     |
|-------------------------------------------|---|-------------------------------------|
| KADEER KHANDAN,                           ) |   |                                     |
|                                           ) |   |                                     |
| Petitioner,                               ) |   |                                     |
|                                           ) |   |                                     |
| v.                                        ) |   | Civil Action No. 05-CV-1697 (RBW)   |
|                                           ) |   |                                     |
| BARACK OBAMA,                             ) |   |                                     |
| President of the United States, *et al.,* ) |   |                                     |
|                                           ) |   |                                     |
| Respondents.                              ) |   |                                     |

|                                           |   |                                     |
|-------------------------------------------|---|-------------------------------------|
| ISSAM HAMID ALI BIN ALI AL JAYFI,         ) |   |                                     |
| ET AL.,                                   ) |   |                                     |
|                                           ) |   |                                     |
| Petitioners,                              ) |   |                                     |
|                                           ) |   |                                     |
| v.                                        ) |   | Civil Action No. 05-CV-2104 (RBW)   |
|                                           ) |   |                                     |
| BARACK OBAMA,                             ) |   |                                     |
| President of the United States, *et al.,* ) |   |                                     |
|                                           ) |   |                                     |
| Respondents.                              ) |   |                                     |

|                                               |   |                                   |
|-----------------------------------------------|---|-----------------------------------|
| SHARAF AL SANANI, ET AL.,                     ) |                                   |
|                                               ) |                                   |
| Petitioners,                                  ) |                                   |
|                                               ) |                                   |
| v.                                            ) | Civil Action No. 05-CV-2386 (RBW) |
|                                               ) |                                   |
| BARACK OBAMA,                                 ) |                                   |
| President of the United States, *et al.*,     ) |                                   |
|                                               ) |                                   |
| Respondents.                                  ) |                                   |

|                                               |   |                                   |
|-----------------------------------------------|---|-----------------------------------|
| WASIM and QAYED,                              ) |                                   |
|                                               ) |                                   |
| Petitioners,                                  ) |                                   |
|                                               ) |                                   |
| v.                                            ) | Civil Action No. 06-CV-1675 (RBW) |
|                                               ) |                                   |
| BARACK OBAMA,                                 ) |                                   |
| President of the United States, *et al.*,     ) |                                   |
|                                               ) |                                   |
| Respondents.                                  ) |                                   |

|                                               |   |                                   |
|-----------------------------------------------|---|-----------------------------------|
| RABIA KHAN EX REL. MAJID KHAN,                ) |                                   |
|                                               ) |                                   |
| Petitioner,                                   ) |                                   |
|                                               ) |                                   |
| v.                                            ) | Civil Action No. 06-CV-1690 (RBW) |
|                                               ) |                                   |
| BARACK OBAMA,                                 ) |                                   |
| President of the United States, *et al.*,     ) |                                   |
|                                               ) |                                   |
| Respondents.                                  ) |                                   |

|   |   |   |
|---|---|---|
| MUHAMMED MUHAMMAD SALEH NASSER EX REL. ABDULRAHMAN MUHAMMAD SALEH NASSER, | ) ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 07-CV-1710 (RBW) |
| BARACK OBAMA, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |
| ABDUL RAHMAN UMIR AL QYATI and SAAD MASIR MUKBL AL AZANI, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 08-CV-2019 (RBW) |
| BARACK OBAMA, President of the United States, *et al.*, | ) ) ) ) | |
| Respondents. | ) ) | |

### RESPONDENTS' STATUS REPORT RELATING TO PETITIONERS WHO WERE CLEARED FOR TRANSFER BY THE DEPARTMENT OF DEFENSE

Respondents respectfully submit this status report pursuant to the Court's Order of March 3, 2009, requiring Respondents to identify for the Court petitioners in the above-captioned cases who were previously approved for transfer by the Department of Defense. The following petitioners in the above-captioned cases were previously approved for transfer from Guantanamo Bay Naval Base:

| PETITIONER | ISN | CASE NUMBER | CASE STATUS |
|---|---|---|---|
| AL YAFI, AL KHADR ABDALLAH MUHAMMED | 34 | 05-2386 | Stayed |
| ABDALLAH, SAYF BIN (SALAH BIN AL HADI ASASI) | 46 | 05-2386 | Stayed |
| AL AASMI, ASSEM MATRUQ MOHAMMAD | 49 | 05-2386 | **Active** |
| BIN HAMIDA, ADIL MABROUK (BOUGHANMI) | 148 | 05-2386 | Stayed |
| AL KHALAQI, ASIM THAHIT ABDULLAH | 152 | 05-999 | Stayed |
| ABDULAYEV, OMAR HAMZAYAVICH | 257 | 05-2386 | **Active** |
| JABAROV, JAMALUDINOVICH ABU BAKIR | 452 | 05-2386 | **Active** |
| HAMIDULLAH, ALI SHER | 455 | 05-2386 | **Active** |
| QYATI, ABDUL RAHMAN UMIR AL | 461 | 05-2019 | **Active** |
| AL QUWARI, MAHRAR RAFAT | 519 | 05-2386 | **Active** |
| AL NOOFAYAEE, ABDALAZIZ KAREEM SALIM | 687 | 05-2386 | **Active** |

Further, Executive Order 13,492: Review and Disposition of Individuals Detained at the Guantanamo Bay Naval Base and Closure of Detention Facilities, 74 Fed. Reg. 4897 (Jan. 22, 2009), finds that "the Department of Defense has determined that a number of the individuals," such as the above-referenced petitioners, "currently detained at Guantanamo are eligible for [] transfer or release," *id.*.§ 2(a), and that "[n]ew diplomatic efforts may result in an appropriate disposition of a substantial number of individuals currently detained at Guantanmo," *id.* § 2(e). Accordingly, the Order requires a Review to "determine, on a rolling basis and as promptly as possible with respect to the individuals currently detained at Guantanamo, whether it is possible to transfer or release the individuals consistent with the national security and foreign policy

interests of the United States and, if so, whether and how the Secretary of Defense may effect their transfer or release." *Id.* § 4 (c).

| | |
|---|---|
| Dated: March 4, 2009 | Respectfully submitted,<br><br>MICHAEL F. HERTZ<br>Acting Assistant Attorney General<br><br><br>TERRY M. HENRY<br>Assistant Branch Director<br><br><br>   /s/ *Christopher Hardee*<br>PAUL AHERN<br>CHRISTOPHER HARDEE (D.C. Bar No. 458168)<br>Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue N.W.<br>Washington, DC 20530<br>Tel: (202) 305-8356<br>Fax: (202) 305-2685<br><br>*Attorneys for Respondents* |