IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPUBLIC OF PERU ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:08-cv-02109-HHK |
| ) | |
| YALE UNIVERSITY ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF, REPUBLIC OF PERU'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE**

Pursuant to Federal rule of Civil Procedure 6(b), Plaintiff, Republic of Peru ("Peru"), respectfully moves for an extension of time of thirty (30) days, up to and including April 20, 2009, to respond to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue. In support of this motion, Peru states the following:

1. Peru was served with Defendant's Motion to Dismiss on March 4, 2009. Its response to the motion is therefore due on March 19, 2009.

2. Given the allegations put forth in Defendant's motion, Peru needs additional time to adequately respond.

3. This is Peru's first Motion for Extension of Time.

4. Defendant consents to this motion.

WHEREFORE, for the foregoing reasons, Plaintiff, Republic of Peru, with the consent of Defendant, respectfully requests that its Motion for Extension of Time be granted.

Respectfully submitted,

March 6, 2009
        /s/
William P. Cook (D.C. Bar No. 465006)
Edward S. Scheideman (D.C. Bar No. 475128)
Cristina E. Antelo (D.C. Bar No. 500124)
DLA PIPER LLP (US)
500 8th Street, N.W.
Washington, D.C. 20004
Tel: (202) 799-4000
Fax: (202) 799-5000

Ileana M. Blanco
Christina E. Ponig
DLA Piper LLP (US)
600 Travis Avenue
Suite 1700
Houston, Texas 77002
Tel: 713) 425-8400
Fax: (713) 425-8401

Attorneys for the Republic of Peru

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| REPUBLIC OF PERU | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:08-cv-02109-HHK |
| YALE UNIVERSITY | ) ) ) | |
| Defendant. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2009, Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue, was served via electronic mail to the following:

>Jeffrey R. Babbin, Esq.
>Wiggin and Dana LLP
>One Century Tower
>P.O. Box 1832
>New Haven, Connecticut 06508-1832
>
>Attorneys for Yale University

/s/
Edward S. Scheideman