UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPUBLIC OF PERU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:08-cv-02109 (HHK) |
| v. ) | |
| ) | |
| YALE UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CONSENTED-TO MOTION
FOR EXTENSION OF TIME TO FILE A REPLY BRIEF
IN FURTHER SUPPORT OF MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Yale University respectfully moves for an extension of time to May 18, 2009 to file a reply memorandum in support of its motion to dismiss for lack of personal jurisdiction and improper venue. That date is four weeks from the due date of Plaintiff's opposition to the motion to dismiss. In support of this motion, Yale University states the following:

1. Plaintiff Government of Peru obtained a 30-day extension of time to file its opposition to the motion to dismiss. That opposition is due on April 20, 2009. If plaintiff serves its opposition on April 20, Yale University's reply memorandum will be due on April 30, 2009 by operation of Local Civil Rule 7(d) and Federal Rule of Civil Procedure 6(a)(2), (a)(3), (d).

2. Obligations on several scheduled court matters will make it difficult for Yale University's counsel to prepare and file a reply memorandum during the period from April 20 to April 30. Those obligations include appellate briefs in two matters, *Yale University v. Out of the Box, LLC*, Case No. AC 29710 (Conn. App. Ct.) and *Friends of Animals v. The United Illuminating Co.*, Case No. AC 30006 (Conn. App. Ct.). An extension of time is needed,

eighteen days beyond the current due date of April 30, 2009, will suffice to prepare and file the reply memorandum in this matter. The extended deadline, if granted, will fall on May 19, 2009.

3. This is Yale University's first motion for extension of time for the reply memorandum deadline.

4. Plaintiff consents to this motion.

WHEREFORE, for the foregoing reasons, Defendant Yale University, with consent of the Plaintiff Government of Peru, respectfully requests that this Motion for Extension of Time be granted.

Respectfully submitted,

Date: April 1, 2009

/s/ Jonathan M. Freiman
Jonathan M. Freiman (*pro hac vice*)

/s/ Jeffrey R. Babbin
Jeffrey R. Babbin (D.C. Bar No. 384557)
WIGGIN AND DANA LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 (fax)
jbabbin@wiggin.com
jfreiman@wiggin.com

R. Scott Greathead (*pro hac vice*)
Wiggin and Dana LLP
450 Lexington Avenue, Suite 3800
New York, NY 10017
(212) 490-1700
(212) 490-0536 (fax)
sgreathead@wiggin.com

Attorneys for Yale University