IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

REPUBLIC OF PERU                )
                                )
            Plaintiff,          )
                                )
        v.                      )    Case No. 1:08-cv-02109-HHK
                                )
YALE UNIVERSITY                 )
                                )
            Defendant.          )
_____)

## PLAINTIFF REPUBLIC OF PERU'S RESPONSE TO DEFENDANT YALE UNIVERSITY'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT

Plaintiff Republic of Peru ("Peru") responds to the Motion for Extension of Time to Respond to the Amended Complaint of Defendant Yale University ("Yale") as follows.

Peru does not oppose Yale's request for a two-week extension to respond to Peru's First Amended Complaint, currently not due until May 7, 2009, and would have willingly agreed to Yale's request prior to the filing of Yale's Motion, but was deprived of its opportunity to do so, as Yale instead chose to file its Motion little more than one (1) day after Peru's receipt of its request for the extension.

EAST\42428541.1
000125-006836

Dockets.Justia.com

Respectfully submitted,

April 29, 2009

/s/
William P. Cook (D.C. Bar No. 465006)
Edward S. Scheideman (D.C. Bar No. 475128)
Cristina E. Antelo (D.C. Bar No. 500124)
DLA PIPER LLP (US)
500 8th Street, N.W.
Washington, D.C. 20004
Tel: (202) 799-4000
Fax: (202) 799-5000

Ileana M. Blanco
Christina E. Ponig
DLA Piper LLP (US)
600 Travis Avenue
Suite 1700
Houston, Texas 77002
Tel: 713) 425-8400
Fax: (713) 425-8401

Attorneys for the Republic of Peru

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| REPUBLIC OF PERU | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:08-cv-02109-HHK |
| | ) | |
| YALE UNIVERSITY | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of April, 2009, Plaintiff's Response to Defendant Yale University's Motion for Extension of Time to Respond to the Amended Complaint was served via electronic mail to the following:

>Jeffrey R. Babbin, Esq.
>Wiggin and Dana LLP
>One Century Tower
>P.O. Box 1832
>New Haven, Connecticut 06508-1832
>
>Attorneys for Yale University

/s/
Edward S. Scheideman