IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **REPUBLIC OF PERU** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:08-cv-2109 |
| | ) | Judge Henry H. Kennedy |
| **YALE UNIVERSITY** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **PLAINTIFF REPUBLIC OF PERU'S MOTION FOR LEAVE TO FILE SUR-REPLY**

Plaintiff Republic of Peru ("Peru") files this Motion for Leave to File Sur-Reply to the Reply of Yale University ("Yale") in Support of its Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue and states that Yale's Reply, like its Motion, is replete with serious mischaracterizations and distortions of the relevant legal authorities and the facts, including but certainly not limited to:

- The assertion that Yale's actions in and directed at the District of Columbia are not substantially connected to Peru's claims to satisfy the applicable standard for specific jurisdiction;

- Its attributing to Peru an argument that Peru never made about the applicable standard for specific jurisdiction;

- Yale's representation that it has no continuous and systematic contacts with the District of Columbia;

- Its attempt to shield itself from personal jurisdiction based on the "government contacts" doctrine; and

- Its argument that venue is improper in the District of Columbia but proper in Connecticut, despite the lack of legal or factual basis for such an argument.

For these reasons, Peru asks this Court for leave to file a brief Sur-Reply of approximately eight pages of argument, attached hereto.

Respectfully submitted,

_____/s/_____
William P. Cook
District of Columbia Bar No.: 465006
Edward S. Scheideman III
District of Columbia Bar No.: 475128
Cristina E. Antelo
District of Columbia Bar No.: 500124

DLA PIPER LLP (US)
500 Eighth Street, NW.
Washington, D.C. 20004
Tel: (202) 799-4000
Fax: (202) 799-5000

Ileana M. Blanco
Christina E. Ponig

DLA PIPER LLP (US)
600 Travis Avenue
Suite 1700
Houston, Texas 77002
Tel: (713) 425-8400
Fax: (713) 425-8401

Attorneys for the Republic of Peru

July 24, 2009

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 24th day of July, 2009, the foregoing document was served via electronic mail to the following:

Jeffrey R. Babbin, Esq.
Wiggin and Dana LLP
One Century Tower
Post Office Box 1832
New Haven, Connecticut 06508-1832

Attorneys for Yale University

_____/s/_____
Edward S. Scheideman