## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **REPUBLIC OF PERU** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.<u>1:08-cv-2109</u> |
| | ) | Judge Henry H. Kennedy |
| **YALE UNIVERSITY** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### <u>MOTION FOR HEARING</u>

Pursuant to Local Civil Rule 7(f) of the United States District Court for the District of Columbia, Plaintiff Republic of Peru ("Peru") requests a hearing on the Motion to Dismiss the Amended Complaint for Lack of Personal Jurisdiction and Improper Venue of Defendant Yale University ("Yale") so that Peru may more fully expound on why general and specific jurisdiction over Yale in the District of Columbia is proper.

Respectfully submitted,

    /s/
William P. Cook
District of Columbia Bar No.: 465006
Edward S. Scheideman III
District of Columbia Bar No.:  475128
Cristina E. Antelo
District of Columbia Bar No.: 500124

DLA PIPER LLP (US)
500 Eighth Street, NW.
Washington, D.C. 20004
Tel:  (202) 799-4000
Fax: (202) 799-5000

Ileana M. Blanco
Christina E. Ponig

DLA PIPER LLP (US)
600 Travis Avenue

Suite 1700
Houston, Texas 77002
Tel: (713) 425-8400
Fax: (713) 425-8401

Attorneys for the Republic of Peru

July 24, 2009

## CERTIFICATE OF SERVICE

I hereby certify that, on this 24th day of July 2009, the foregoing document was served via electronic mail to the following:

Jeffrey R. Babbin, Esq.
Wiggin and Dana LLP
One Century Tower
Post Office Box 1832
New Haven, Connecticut 06508-1832

Attorneys for Yale University


_____/s/_____
Edward S. Scheideman