

| | | |
|---|---|---|
| CMECF@ctd.uscourts.gov | To | InterdistrictTransfer_DCD@dcd.uscourts.gov |
| 08/24/2009 10:10 AM | cc | |
| | bcc | |
| | Subject | Transferred case has been opened |

```
CASE: 1:08-cv-02109

DETAILS: Case transferred from District of Columbia
has been opened in United States District Court for the District of
Connecticut
as case 3:09-cv-01332, filed 08/11/2009.
```